

*Leslie E. Barnes, Ph. D., LMFT*
*Licensed Psychologist*
*Licensed Marital and Family Therapist*
*3010 South Harvard, Suite 110*
*Tulsa, Oklahoma 74114*
*Phone: (918) 749-1840; FAX: (918) 749-1841*

INFORMED CONSENT

      I understand that Dr. Leslie Barnes has been retained to conduct a psychological evaluation of myself at the request of the OSU medical school and human resources department. This evaluation will consist of a clinical interview and written psychological testing. I understand that the results of this evaluation will be released in the form of a written report to the designated individual in the human resources department of the OSU medical school. I understand that the information obtained in this evaluation is under the primary control of the OSU medical school and that this psychologist is contracted with the medical school to provide the evaluation. The information obtained during the evaluation will be used to identify any recommendations that may be indicated and related to the issues of concerns which prompted this evaluation. Although recommendations based upon the evaluation may be made by Dr. Barnes, any decisions based upon evaluation data will be made by personnel of the OSU medical school.

_____*Jeffrey Snyder*_____   _____*Leslie Barnes*_____
Jeffrey Snyder                              Dr. Leslie Barnes

_____6-12-14_____   _____6-12-14_____
Date                                              Date

EXHIBIT 1

**LESLIE E. BARNES, PH.D., LMFT**
Licensed Psychologist and Licensed Marital and Family Therapist
3010 South Harvard, Suite 110
Tulsa, Oklahoma 74114
Phone: (918) 749-1840

### AUTHORIZATION TO RELEASE PATIENT INFORMATION

Patient Name: _Jeffrey Snyder_  Birthdate: _____

I, the undersigned, authorize Dr. Leslie Barnes to communicate about the above-named patient with the following individual or agency by:

✓ providing information to:   ✓ receiving information from:

_Debby Nottingham_   _____
Individual/Agency                     Phone Number
_OSU Med Ctr._
_744 W. 9th Str._
Address _Tulsa 74127_           City, State, Zip Code

Information to be released **by** Dr. Barnes:        Information to be released **to** Dr. Barnes

✓ Verbal communication            ✓ Verbal communication
✓ Evaluation results and report    ___ Medical/psychological records
___ Treatment summary              ___ Treatment summary
___ Other_____                    ___ Other_____

I authorize the release/receipt of this information until: _June 12, 2015_

   This authorization covers the release of information that may already be contained in Dr. Barnes' records as well as information to be collected during the course of my treatment/assessment with Dr. Barnes. This authorization is subject to my written revocation at any time, however, revocation does not cover any information that has already been released. I have a right to receive a copy of this authorization and a copy of this form is valid as the original.

My signature below indicates that I authorize the release/receipt of this information and understand the conditions for the use of the information as described above.

_Jeffrey Snyder_                          _____
Printed name of person signing this form   Relationship to patient

_Jeffrey Snyder_                          _6-12-14_
Signature                                 Date

_____                                    _____
Witness                                   Date