### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SNYDER, D.O., an individual, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) )  Case No. CIV-16-384-F ) |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL & MECHANICAL COLLEGES, *ex rel.*, OKLAHOMA STATE UNIVERSITY CENTER FOR HEALTH SCIENCES, *et al.*, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

In light of the filing of the Second Amended Complaint (doc. no. 82) on October 13, 2016, which supersedes the Amended Complaint, the court **DENIES** as **MOOT** Defendant Oklahoma State University Medical Authority's Motion to Dismiss (doc. no. 52), the Motion of the Defendant, Leslie Barnes PhD, to Dismiss Plaintiff's Amended Complaint (doc. no. 58), Defendant Board of Regents for the Oklahoma Agricultural & Mechanical Colleges' Motion to Dismiss (doc. no. 64), Defendants Lora Cotton, D.O. and Jenny Alexopulos, D.O.'s Motion for Partial Dismissal of Plaintiff's Amended Complaint (doc. no. 65) and the Combined Motion to Dismiss by Defendants Oklahoma State University Medical Center, Mercy Health Oklahoma Communities, Inc., Mercy Health, Deborah Nottingham, Sunny Benjamin,

Oklahoma State University Medical Trust and OSUMC Professional Services, LLC (doc. no. 66).

DATED October 14, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0384p017.wpd