

# HOW THE EAP WORKS

## REFERRALS

There are two ways to be referred to the EAP:

- **Self-Referral.** Any employee, or dependent, can arrange a private confidential appointment to discuss any type of personal problems or concerns. Please keep in mind that an EAP is not limited; it is for any problem. Problems include family, anger, depression, marital conflict, relationships, stress, parenting, separation / divorce, alcohol, drugs, job related, grief, mental, emotional and **any other area causing concern**.

- **Management or Supervisor Referral.** Managers or supervisors can refer any employee to the EAP when there has been a noticeable decline in work performance not corrected by normal company procedures.

## FEES

The EAP is an employee benefit that is separate from the health insurance and is already paid for by the employer. There is no charge to the employee for the assessment process that the EAP provides. At the first interview, called the assessment, you will describe your problem(s) to a licensed trained specialist. If the problem cannot be resolved within three sessions, we will provide an appropriate referral. We will first consider your insurance coverage to determine what is, or isn't covered prior to making a referral. Our EAP assessors are well acquainted with established reputable community programs, which offer assistance at no charge, or charge based on one's ability to pay.

**PLAINTIFF'S EXHIBIT 1**

## CONFIDENTIALITY

Our EAP policy statement provides procedures that guarantee each individual's right to privacy under federal and state laws. References of a personal nature will not be placed in an employee's file, nor will participation in the EAP jeopardize job security or advancement. Family members using the program will be assured that no reference of a personal nature will be disclosed.

## 24-HOUR HELP-LINE

Because problems don't just happen on weekdays between 8 am and 5 pm, CommunityCare EAP counselors are available 24 hours a day, through a local and 800 number. The 24 hour help-line is staffed by Master's-level clinicians.

## CONTACT US

If you need help, information, or want to talk to a counselor, please click here access our contact page.

Home   Contact Us   Find Health Insurance   Health & Wellness
Employee Assistance Program   Site Map

### Language Assistance

| Español | Tiếng Việt |
| 繁體中文 | 한국어 |
| Deutsch | العربية |
| Hmoob | Tagalog |
| Français | ພາສາລາວ |
| ภาษาไทย | اردو |
| tsalagi gawonihisdi | فارسی |
| ကညီကျိာ် | |



© 2017 CommunityCare, Inc. All Rights Reserved.

tul-pubweb-4
1280

CommunityCare is proudly owned by our region's two premier health systems. *Other physicians and providers are available in our network.*


