

# EAP STAFF

The CommunityCare EAP and Behavioral Health Services Staff currently consists of the following individuals. Each has the specific experience, training, and credentials necessary to effectively perform their critical job functions.

## KEY MANAGEMENT LIAISONS

The key management liaisons between CommunityCare EAP and your company are listed below. These contacts may be reached by calling our main number at (918) 594-5232 or (800) 221-3976.

- **Terry L. Stover, MS, LBP, CEAP, MAC, SAP**
  Senior Manager of EAP/Behavioral Health Services

- **Steve Stewart, LPC, LADC, ICAADC, SAP**
  EAP Supervisor

## TECHNICAL AND PROFESSIONAL QUALIFICATIONS (TULSA OFFICE)

**James W. Cage, Ph.D.**
Vice President, Corporate Planning, Development and Behavioral Health Services

Dr. Cage has been with the EAP since 1984. He has responsibilities on a variety of committees within CommunityCare and currently serves as chairman of the Benefits Interpretation Committee. His specialty is Stress Management Presentations and workshops. Dr. Cage is a licensed Clinical Psychologist and a Member of the American and Oklahoma Psychological Associations.

**PLAINTIFF'S EXHIBIT 2**

**Terry L. Stover, MS, LBP, CEAP, MAC, SAP**
Senior Manager of Behavioral Health Services

Terry joined the CommunityCare EAP staff in 1995 and now manages both the EAP and Managed Care departments. He is a State of Oklahoma Licensed Behavioral Practitioner (LBP)

and, in addition to being a Certified Employee Assistance Professional (CEAP), has a Masters of Addiction Counseling (MAC). Terry's clinical experience in assessment and treatment qualify him as a Substance Abuse Professional (SAP) under federal government guidelines. He is also affiliated with the International Association of Trauma Counselors Association and is certified as a Disaster Mental Health Specialist by the American Red Cross. Terry has extensive experience with CISD's throughout the state including assisting families in the recent Joplin, Missouri tornadoes.

## EMPLOYEE ASSISTANCE PROGRAM STAFF

### Steve Stewart, LPC, LADC, ICAADC, SAP
**EAP Supervisor**

Steve joined CommunityCare EAP in December 2010, having worked in the substance abuse and mental health fields for 25 years. He is a Licensed Professional Counselor (LPC), a Licensed Alcohol and Drug Counselor (LADC), & and Internationally Certified Advanced Alcohol and Drug Counselor (ICAADC). Steve specializes in working with substance abuse and co-occurring disorders. Most recently, he has been providing assessments for the Tulsa County Court system and training and supervision to counselors through the Oklahoma Department of Mental Health & Substance Abuse Services (ODMHSAS).

### Jessica Heavin, MS, LPC, NCC
**EAP Counselor**

Jessica joined CommunityCare EAP in 2011. Jessica has extensive experience working with clients in a variety of settings such as residential treatment, public school systems and higher education, where she has served as a direct care provider, counselor and trainer. Her areas of expertise include substance abuse counseling and working with clients with anxiety and depression. Jessica holds a Master's degree in Clinical Psychology, and is both a Licensed Professional Counselor and National Certified Counselor.

### David Calvert, MS, LPC
**EAP Counselor**

David joined CommunityCare EAP in 2014, having worked in a variety of mental health settings since 1994, including inpatient and outpatient hospital-based behavioral health, community-based behavioral health for adults, adolescents, children and families, and private practice. His areas of expertise include marriage and relationship issues, anxiety, depression, medical and health-related issues (including cancer and pain management), career issues, grief, and end-of-life issues.

### Jane Vantine, LPC, BCPC
**EAP Counselor**

Jane joined CommunityCare EAP in 2013. Jane has extensive experience working with clients in a variety of settings including EAP programs, Intensive Outpatient, private practice and community mental health where she has served as director, counselor and direct care provider. Jane holds a Master's degree in Community Counseling and is a Licensed Professional Counselor. Her areas of expertise include anxiety disorders, depression, relationship issues, substance abuse, domestic violence and work related issues.

### Sarajane Turley, MHR LPC
**EAP Counselor**

Sarajane joined the EAP in 2014. She has worked with children and adolescents in acute and residential settings; she is trained as a parenting coordinator; worked as a clinician and family life educator with couples in pre- and post- divorce situations. Sarajane holds a Master's degree in Human Relations and is a Licensed Professional Counselor.

### Scott Waleska, BBA in Marketing
**EAP Marketing Representative**

Scott joined the Employee Assistance Program in 2007 and has 16 years of experience in the field of marketing. Scott serves as the direct contact for an EAP price quote. His primary responsibilities include all of the marketing coordination and EAP company account services, financial auditing and contract management. Scott's main objective is to ensure the highest quality of customer service.

### Amy Maner
**Behavioral Health Services Administrative Assistant**

Amy joined the EAP staff in 2010. She has a B.S. in English and has over a decade of administrative experience. She is responsible for data collection, internal/external reporting, and billing; coordinating EAP Affiliate Provider contracts and maintaining records of licensure and insurance; producing the EAP quarterly newsletter; coordinating CommunityCare monthly in-house training classes. She also is the assistant to the BHS Senior Manager, provides back-up support for the front desk, and administrative support for the EAP staff.

### Carol Hall
**Behavioral Health Services Receptionist**

Carol joined our staff in 2000. Carol has brought to our team a level of experience and professionalism vital in her contact with EAP companies and their employees. She is the first contact you will have when you call the EAP to talk to one of the staff members or when someone calls to schedule an appointment.

Home    Contact Us    Find Health Insurance    Health & Wellness

Employee Assistance Program    Site Map

## Language Assistance

| | |
|---|---|
| Español | Tiếng Việt |
| 繁體中文 | 한국어 |
| Deutsch | العربية |
| Hmoob | Tagalog |
| Français | ພາສາລາວ |
| ภาษาไทย | اردو |
| tsalagi gawonihisdi | فارسی |
| ይቋንቋ | |



© 2017 CommunityCare, Inc. All Rights Reserved.

tuf-pubweb-4

1280

CommunityCare is proudly owned by our region's two premier health systems. *Other physicians and providers are available in our network.*

