IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SNYDER, D.O., an individual, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS FOR THE )<br>OKLAHOMA AGRICULTURAL & )<br>MECHANICAL COLLEGES, *ex rel*., )<br>OKLAHOMA STATE UNIVERSITY )<br>CENTER FOR HEALTH SCIENCES, )<br>*et al*., )<br>)<br>    Defendants. ) | Case No.: CIV-16-384-F |

## ORDER

**UPON APPLICATION OF THE PLAINTIFF**, and for good cause shown, this Court hereby **GRANTS** the "Unopposed Application for an Enlargement of All Deadlines by 120 days" [Dkt. 220].

Accordingly, the following deadlines are established:

| Filings | Current Deadline Date | New Deadline Date |
|---|---|---|
| Plaintiff's final list of expert witnesses | January 21, 2019 | May 21, 2019 |
| Plaintiff's final list of witnesses | January 10, 2019 | May 10, 2019 |
| Plaintiff' final list of exhibits | January 10, 2019 | May 10, 2019 |

1

| **Filings** | **Current Deadline Date** | **New Deadline Date** |
|---|---|---|
| Defendants' objections to Plaintiff's final list of exhibits | January 24, 2019 | May 24, 2019 |
| Defendants' final list of expert witnesses | February 11, 2019 | June 11, 2019 |
| Defendants' final list of witnesses | January 24, 2019 | May 24, 2019 |
| Defendants' final list of exhibits | January 24, 2019 | May 24, 2019 |
| Plaintiff's objections to Defendants' final list of exhibits | February 7, 2019 | June 7, 2019 |
| ADR Report | March 15, 2019 | July 15, 2019 |
| All Dispositive motions to be filed | May 15, 2019 | September 12, 2019 |
| Discovery to be complete | April 15, 2019 | August 13, 2019 |
| *Daubert* motions to be filed | May 15, 2019 | September 12, 2019 |
| Deposition Designations | See chambers rules, Part I | See chambers rules, Part I |
| Final Pretrial Report | October 15, 2019 | February 12, 2020 |
| Motions in Limine, Requested Voir Dire, Trial Briefs, Requested Jury Instructions, Proposed Findings and Conclusion of Law (if any): | October 15, 2019 | February 12, 2020 |

| **Filings** | **Current Deadline Date** | **New Deadline Date** |
|---|---|---|
| Objections to Motions in Limine, Requested Voir Dire, Trial Briefs and Jury Instructions, Proposed Findings of Conclusions of Law (if any): | October 29, 2019 | February 26, 2020 |
| Trial Docket | November 5, 2019 | March 10, 2020 |

**SO ORDERED THIS 11TH DAY OF JANUARY, 2019.**

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0384p052.PO.docx