**LESLIE E. BARNES, PH.D., LMFT**
Licensed Psychologist and Licensed Marital and Family Therapist
3010 South Harvard, Suite 110
Tulsa, Oklahoma 74114
Phone: (918) 749-1840

AUTHORIZATION TO RELEASE PATIENT INFORMATION

Patient Name: _Jeffrey Snyder_ Birthdate: _____

I, the undersigned, authorize Dr. Leslie Barnes to communicate about the above-named patient with the following individual or agency by:

____providing information to: ✓ receiving information from:

_Lora Cotton_____    _____
Individual/Agency                                              Phone Number

_____                    _____
Address                                                  City, State, Zip Code

Information to be released **by** Dr. Barnes:    Information to be released **to** Dr. Barnes

____ Verbal communication                ✓ Verbal communication
____ Evaluation results and report       ____ Medical/psychological records
____ Treatment summary                   ____ Treatment summary
____ Other_____         ✓ Other _supervisory information_

I authorize the release/receipt of this information until: _June 19, 2015_

*Dr. Snyder refused to sign this auth.*

...ase of information that may already be contained
...on to be collected during the course of my
...his authorization is subject to my written
...n does not cover any information that has
...ceive a copy of this authorization and a copy of

...ize the release/receipt of this information and
...e information as described above.

_____
Relationship to patient

_____
Date

_____
Witness                                                  Date

**EXHIBIT 44**

BARNES CHART 023