**Leslie E. Barnes, Ph. D., LMFT**
**Licensed Psychologist**
**Licensed Marital and Family Therapist**
**3010 South Harvard, Suite 110**
**Tulsa, Oklahoma 74114**
**Phone: (918) 749-1840; FAX: (918) 749-1841**

Mr. Chris Kannady, Attorney at Law
12231 May Avenue
P. O. Box 890420
Oklahoma City, Oklahoma 73189

July 14, 2014

Dear Mr. Kannady,

I am in receipt of your letter dated July 11, 2014 requesting records for Jeffrey Snyder.  I am attaching copies of two documents pertaining to the control of information from the psychological evaluation.  One document is an informed consent form signed by Dr. Snyder which indicates that the information from the evaluation is under the control of the OSU medical school.  The other document is a copy of a letter dated June 28, 2014 which was sent to Dr. Snyder referencing the agreement that he signed.  He was also verbally advised on July 9, 2014 that he should contact the OSU medical school regarding his request for information.

Sincerely,

Leslie E. Barnes, Ph. D., LMFT

405-632-3036

EXHIBIT 62
BARNES CHART 040

*Leslie E. Barnes, Ph. D., LMFT*
*Licensed Psychologist*
*Licensed Marital and Family Therapist*
*3010 South Harvard, Suite 110*
*Tulsa, Oklahoma 74114*
*Phone: (918) 749-1840; FAX: (918) 749-1841*

INFORMED CONSENT

I understand that Dr. Leslie Barnes has been retained to conduct a psychological evaluation of myself at the request of the OSU medical school and human resources department.  This evaluation will consist of a clinical interview and written psychological testing.  I understand that the results of this evaluation will be released in the form of a written report to the designated individual in the human resources department of the OSU medical school.  I understand that the information obtained in this evaluation is under the primary control of the OSU medical school and that this psychologist is contracted with the medical school to provide the evaluation.  The information obtained during the evaluation will be used to identify any recommendations  that may be indicated and related to the issues of concerns which prompted this evaluation.  Although recommendations based upon the evaluation may be made by Dr. Barnes, any decisions based upon evaluation data will be made by personnel of the OSU medical school.

_____       _____
Jeffrey Snyder                                            Dr. Leslie Barnes

_____6-12-14_____       _____6-13-14_____
Date                                                           Date

EXHIBIT 62
BARNES CHART 041

**Leslie E. Barnes, Ph. D., LMFT**
**Licensed Psychologist**
**Licensed Marital and Family Therapist**
**3010 South Harvard, Suite 110**
**Tulsa, Oklahoma 74114**
**Phone: (918) 749-1840; FAX: (918) 749-1841**

Jeffrey Snyder, D. O.
703 N. Sycamore
Jenks, Oklahoma 74037

June 28, 2014

Dear Jeffrey,

I received your letter regarding receiving a copy of the report of your recent psychological evaluation. As stated in the agreement that you signed, you will need to request this information from the OSU Medical Center human resources department. You may, however, schedule an appointment with me to discuss the results of the evaluation. If you would like to do so, please contact my office at the above number.

Sincerely,

Leslie E. Barnes, Ph. D., LMFT

EXHIBIT 62

BARNES CHART 042