# EXHIBIT 66
# AUDIO RECORDING