

COLLEGE OF
Osteopathic Medicine

CENTER FOR HEALTH SCIENCES

Department of Family Medicine
Family Medicine Residency

OSU Health Care Center
2345 Southwest Boulevard
Tulsa, Oklahoma 74107-2705

(918) 561-8395
FAX (918) 561-8525

August 5, 2015

Jeffrey Snyder, D.O.
1601 Mulholland Drive
Edmond, OK 73012

Dr. Snyder,

This letter is an official notification of your dismissal from the OSU-CHS Family Medicine Residency Program as of August 5, 2015.

We have received your fit-for-duty determination dated January 6, 2015, but you have not notified the OSU-CHS Family Medicine Residency Program of your choice to either resign from the program or return to active training status. This lack of communication of your intentions regarding returning to training puts you in noncompliance with the requirements of the program and constitutes an abandonment of your position in this training program.

Respectfully,

Lora Cotton, D.O
Vice Chair, Department of Family Medicine
Program Director, Family Medicine Residency
Associate Professor of Family Medicine
Oklahoma State University Center for Health Sciences

Cc: Joan Stewart, D.O., Jenny Alexopulos, D.O.

THE STATE'S UNIVERSITY

OSUMC_000251
EXHIBIT 82