

August 10, 2015

Jeffrey Snyder, D.O.
1601 Mulholland Drive
Edmond, OK 73012

Dr. Snyder,

We have been notified by Lora Cotton, D.O., that you were dismissed from the OSU-CHS Family Medicine Residency program as of August 5, 2015.

As a result, you are no longer eligible for employment as a Resident at OSU Medical Center. Your termination of employment is effective August 5, 2015.

Your Health and Vision Benefits will continue through August 31, 2015. You will have the opportunity to continue these Benefits by enrolling in COBRA. Information on premiums and enrollment instructions will be mailed to you within two weeks after your group benefits terminate.

Sincerely,

*Katrina Godfrey*

Katrina Godfrey,
Executive Director, Human Resources
kgodfrey@osumc.net
918-599-5953

EXHIBIT 83