# Oklahoma State University Family Medicine Residency

# Handbook 2013-2014

EXHIBIT
14

Bd. Supp. Disc. 32

and the Graduate Medical Education (GME) Office in writing of these activities. Copies of the correspondence shall be placed in the resident's department file and the GME Office file. At the end of the probationary period, the Program Director shall meet again with the resident to review his or her performance. Depending upon the resident's performance, he/she may be:

- Removed from probation
- Given an additional period of probation
- Dismissed from the program

The trainee will be provided an opportunity to meet with evaluators to appeal a decision regarding probation. A statement regarding the action shall be maintained in the resident's department file and the Postdoctoral Office file. Probation periods shall not be renewable more than twice. No resident shall be afforded a new contract while on probation.

The Program Director shall provide a letter to the resident detailing the reasons for dismissal and the dismissal date. Copies of the correspondence shall be placed in the resident's department file and the Postdoctoral Office file.

When a trainee is dismissed from the program he/she has the right to an exclusive one time appeal of the decision to the DME who will then appoint an Ad Hoc Appeal Committee composed from selected members from the GME Committee and the DME. The appeal will be heard by the Ad Hoc Appeal Committee and the trainee and the Program Director will be given the opportunity to appear before the Committee. Following the appeal, the trainee will be notified in writing of the decision by the Ad Hoc Committee. If the Program Director's decision is upheld, the trainee will be dismissed from the program. Legal counsel at hearings concerning academic issues will not be allowed. If the appeal is found in favor of the trainee, he/she will be re-instated and the Program Director will have the authority to:

- Re-instate probation, or
- Remove probation

4.   Suspension Procedure

The Program Director may initiate suspension when the Program Director believes that removal of the resident from duty is in the best interest of OSUMC or the affiliate site and/ or its patients. A resident suspended for academic issues pending investigation cannot be on duty but will continue to be paid until the investigation is concluded. Suspensions pending investigation will be limited to two weeks. Depending upon the findings of the investigation, the resident may be:

- Restored to full duty with or without probation
- Terminated