1          IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF OKLAHOMA
2

3   JEFFREY SNYDER, D.O.,          )
    an individual,                 )
4                                  )
              Plaintiff,           )
5                                  )
    vs.                            ) NO. CIV-16-384-F
6                                  )
                                   )
7   BOARD OF REGENTS FOR THE       )
    OKLAHOMA AGRICULTURAL &        )
8   MECHANICAL COLLEGES, ex rel.,  )
    OKLAHOMA STATE UNIVERSITY      )
9   CENTER FOR HEALTH              )
    SCIENCES, et al.,              )
10                                 )
              Defendants.          )
11

12

13

14   VIDEOTAPED DEPOSITION OF JEFFREY ANDREW SNYDER, D.O.

15                     VOLUME I

16        TAKEN ON BEHALF OF THE DEFENDANTS

17          IN OKLAHOMA CITY, OKLAHOMA

18           ON DECEMBER 20, 2018

19

20      REPORTED BY:  JANA C. HAZELBAKER, CSR

21

22

23

24

25

**EXHIBIT**
**16**

Jeffrey Snyder, DO                        December 20, 2018

                                                    Page 201

1        A     No, I'm not aware of that.

2        Q     What -- what types of skills have you

3   developed through the education you've completed from

4   an employment standpoint?

5        A     Are you talking --

6              MS. HURST:  Object to the form.

7              MR. WHATLEY:  Sure.

8              THE WITNESS:  Can you be specific?  What

9   are you talking about?  What --

10       Q     (By Mr. Whatley) What are you best

11  qualified to do, from an employment standpoint at

12  this point --

13       A     I'm --

14       Q     -- based upon your education and

15  experience?

16       A     -- qualified to provide care to patients,

17  which would include residency training and continuing

18  my career as a medical professional, as a physician.

19       Q     Well, I'm talking about right now as it

20  stands.  You -- is it your testimony that you're

21  qualified to provide care to patients?

22       A     Yes.

23       Q     Okay.  What other -- is that the best

24  employment that you would be qualified for at this

25  point?

Jeffrey Snyder, DO                            December 20, 2018

                                                      Page 202

1        A     That is my career choice, so that is why I

2   went into that career was to be a physician.  So that

3   is my career choice and that's what I will continue,

4   to be a physician.

5        Q     Are there any other -- any other careers

6   that you would be qualified for?

7        A     I'm not aware of that.

8        Q     You haven't given any thought to anything

9   other than being a physician?

10       A     I just want to become a physician.  I mean,

11  I am a physician right now.  I'm a doctor.  I

12  graduated medical school.  I'm a doctor of

13  osteopathic medicine, and that is my career choice is

14  to care for patients.

15       Q     And so you haven't given any thought to --

16  to pursuing any other career besides practicing as a

17  physician?

18       A     No.

19       Q     Did you fail any of your medical school

20  exams?

21       A     I don't remember, and I don't know what

22  constitutes "failure" necessarily, either.

23       Q     Well, you know, there's an exam that --

24  that you either pass or fail in some instances,

25  aren't -- don't you?

Jeffrey Snyder, DO                          December 20, 2018

Page 210

1      A     As I recall, it was around 44,000, I

2   believe, a year.  And the number that I paid

3   attention to was the amount of money that I got each

4   month from the paychecks once all the taxes and

5   things like that there were taken out, and that was

6   somewhere around $2,700.

7      Q    Do you have a current resume?

8      A    A current -- I didn't even -- I didn't have

9   a resume.  I don't have a current resume except what

10  I used for, you know, getting into residency.

11     Q    That was the last time you updated it?

12     A     Well, I don't -- there wasn't -- I don't

13  believe and I don't recall if there's an actual

14  resume I have to update.

15     Q    Is there a reason you haven't prepared a

16  resume since your employment ended with the

17  residency?

18     A    The problem at issue here, to answer your

19  question, is there is a form called a "Postgraduate

20  Training Verification Form."  It is a very simple

21  two-page form.  That form was refused to be completed

22  and submitted by Dr. Cotton, as program director.

23          That is very important because without that

24  form being completed, I cannot have my licensure

25  application completed.  And due to her refusal, that

Jeffrey Snyder, DO                         December 20, 2018

```
                                          Page 211

  1   unlawful action of completing that verification

  2   form -- which Dr. Alexopulos is also her supervisor

  3   and they work on behalf of the OSU Mercy employer

  4   school defendants in this lawsuit.

  5            As a result of them refusing to verify any

  6   of my training -- not 12 months, not 11 months, not

  7   one month, not a single hour, I worked for over 2,500

  8   hours during my first year of residency -- they

  9   didn't verify any of my training, and that is a

 10   required component to complete an application for

 11   licensure.

 12            The licensure board had told me that the

 13   only thing they were missing for me to be licensed

 14   was that postgraduate training verification form,

 15   which the school needs to fill out, put a seal on and

 16   send -- and send in to them.  And they said that the

 17   day that that is sent in is the day I will become

 18   licensed.

 19            And you have to have a license -- under the

 20   Oklahoma Osteopathic Medicine Act, which is the law,

 21   you have to have a license to continue to engage in

 22   postgraduate training beyond the first year of

 23   residency.

 24   Q    So I guess the answer to my question is,

 25   you haven't prepared a resume because you're not
```

Jeffrey Snyder, DO                        December 20, 2018

                                                Page 212

1    looking for work unless it involves your app- --

2    your -- you being licensed as an osteopathic

3    physician, otherwise, you're just not interested in

4    looking for any work?

5         A    I'm interested in looking for work as a

6    physician.  And when the verification form is

7    complete and submitted, then my license application

8    will be completed -- will -- will be completed.  It

9    will not be obstructed and held hostage.  And then I

10   will continue to be able to lawfully and legally

11   engage in postgraduate training and continue my

12   medical career past the first year of residency.

13        Q    What if that doesn't happen, what are you

14   going to do?

15        A    Well, we're going through this lawsuit to

16   see what happens.

17        Q    Okay.  I'm asking you, what if it doesn't

18   happen?

19        A    We'll see.

20        Q    So you don't have any backup plan or any

21   other thoughts about what you might do?

22        A    No.  I do know what the law is and I do

23   know that there's a fact that that verification form

24   was never completed and sub- -- submitted, that she

25   was instructed to do so.  It's very clear on the

Jeffrey Snyder, DO                          December 20, 2018

                                                    Page 213

1   verification form.

2           And there is no authority that has been

3   given to her under the Oklahoma State Board of

4   Osteopathic Examiners or the Oklahoma Osteopathic

5   Medicine Act for her to refuse to verify any of my

6   training during the entirety of my first year of

7   residency.

8       Q    Doesn't the form require them to verify

9   you've successfully completed training?

10      A    There are a couple boxes --

11      Q    Is that -- just -- can you just --

12      A    Okay.

13      Q    -- answer yes or no?

14          MS. HURST:  He -- he's not dragging out the

15  questions.  He's -- he's answering the questions.

16  Let him respond.

17          MR. WHATLEY:  Well, that's far from an

18  accurate characterization, but please respond.

19          THE WITNESS:  Can you repeat your question?

20      Q    (By Mr. Whatley) Sure.  Doesn't the form

21  that you keep talking about require Dr. Cotton, or

22  the program director, to verify whether you've

23  success- -- that you've successfully completed

24  training?

25      A    The form asked a question, as I recall,

Jeffrey Snyder, DO                          December 20, 2018

Page 214

1   similar to that, and there is a box for "Yes, No," or

2   "In Progress."

3            And at the time that these forms are

4   submitted and turned in -- as far as I know,

5   the application process starts well in advance of the

6   end of the first year of residency, so there is no

7   legitimate excuse to not mark "No" or "In Progress"

8   on that form.  That is information that is required

9   to be reported to the licensure board.

10      Q    But if it was turned in with "No" marked,

11   you certainly wouldn't be issued a license if you

12   hadn't successfully completed the -- the entire first

13   year, right?

14      A    That's false because that is up to the

15   licensure board.  The licensure board takes into

16   account all information that is sent in to them in

17   true, accurate and complete statements, and they're

18   going to take a look at everything, including my

19   passage of all three licensure board exams, which is

20   the basis for licensure.

21            They do background checks, fingerprints.  I

22   graduated from medical school.  I -- I met the

23   requirements for Standards of Professional Education.

24            In regards to completing a year, I did

25   successfully complete the year.  Dr. Cotton

Jeffrey Snyder, DO                        December 20, 2018

Page 215

1   documented in writing that I did.  She said that

2   Dr. Snyder successfully completed 12 months of OGME-1

3   rotation training.  She -- there is evidence she

4   documented I successfully completed the entire year

5   of the first year of residency program.  All my

6   rotation evaluations that I received during the

7   entire first year of residency were satisfactory.

8           So I can go on and on in regards to that.

9       Q   Well, I -- I believe that.

10      A   Yes.

11      Q   But my question is -- and -- is if your --

12   if your -- if a report was made to the licensure

13   board that you did not successfully complete the

14   first year, do you think you would still be licensed?

15      A   I think that they are going to take into

16   account everything that's submitted to them,

17   including the fact that -- that one of the questions

18   on the for- -- form is in regards to "Was this

19   resident placed on probation?"

20          And they're supposed to say "Yes" or "No,"

21   and they are supposed to provide an explanation with

22   documentation on an additional page in regards to

23   various questions on the form.

24          The licensure board did not say, "You don't

25   need to submit this information."  The licensure

Jeffrey Snyder, DO                          December 20, 2018

Page 216

1    board is the only entity and the correct entity to

2    make a decision whether to grant a license.

3         Q    Have you made --

4         A    So that's up to them.

5         Q    Have you made any type of an appeal to the

6    licensure board to -- to act on your situation

7    without that form?

8         A    No.

9         Q    Have you looked into that at all?

10        A    No.  It is their responsibility to complete

11   the verification form.

12        Q    But you haven't done anything to try to

13   move that process forward with the Board?

14        A    No.  That process has been requested

15   routinely and repetitively throughout this legal

16   action, though, with you all.  You all are completely

17   aware that that verification form was not completed.

18        Q    And just to -- to be clear, you haven't --

19   you haven't looked for any other possible position to

20   work in since the time your employment with the

21   residency ended?

22        A    When you say "any other possible

23   position" --

24        Q    Any -- any employment.  Any type of

25   employment to work -- to take.

Jeffrey Snyder, DO                          December 20, 2018

Page 217

1      A      I've looked into -- I've looked at

2      information, in terms of osteopathic opportunities

3      website, in regards to other residency programs.  I

4      have looked at their residency program websites.

5             I have looked up information in -- in

6      regards to handbooks of other residency programs,

7      including the OSU Family Medicine Residency Program

8      in regards to what the law is --

9      Q      Okay.

10     A      -- what the --

11     Q      I'm asking specifically about employment

12     opportunities.

13     A      Uh-huh.

14     Q      Have you looked at the potential of going

15     into another residency program somewhere else?

16     A      The potential for me to get into another

17     residency program is held up by the fact that I need

18     to have a license to continue to engage in training

19     beyond the first year of residency.

20             So I have looked into information, but

21     knowing that that process has been obstructed and

22     held hostage on behalf of the OSU Mercy defendants,

23     including Dr. Cotton and Dr. Alexopulos in this

24     lawsuit, I am limited in that scenario.

25     Q      Okay.  Have you -- have you communicated

Jeffrey Snyder, DO                           December 20, 2018

Page 218

1    with any other residency program about what

2    opportunities might be there for you?

3         A    I did not talk to other residency programs,

4    but, like I said, I visited their websites.  I've

5    seen that they follow the law, which is, again, you

6    have to have a license to engage in training beyond

7    the first year of residency.  I have read information

8    that says, "Before you apply, make sure you're

9    qualified."  That's a qualification that has to be

10   had to continue training beyond the first year of

11   residency.

12        Q    Have you -- have you looked into the

13   possibility of re-entering a residency program

14   somewhere as a first year?

15        A    That would be inappropriate because I

16   completed the entire year of residency.

17             What is holding this process up --

18        Q    Mr. Sny- -- Dr. Snyder, if you -- really --

19             MS. HURST:  Just answer his question.

20             THE WITNESS:  Okay.

21        Q    (By Mr. Whatley) -- if you would just

22   answer the question, this would go so much --

23        A    Oh, okay.  I'm sorry.

24        Q    So have --

25        A    So, no, I have not looked into that because

Jeffrey Snyder, DO                          December 20, 2018

Page 219

1   of the reasons I've already mentioned.

2        Q    Have you made any inquiry with any

3   residency program about the possibility of getting

4   some credit for the work you did at OSU and being --

5   becoming a part of their residency program in some

6   fashion that might require a little bit of

7   remediation but not repeating the entire first year?

8        A    No.

9             And I could tell you why, but you don't --

10  are you interested in that or no?

11       Q    I think -- is it different than what you've

12  already told me?

13       A    It's similar, but the -- the point is, is

14  that they're required to verify the training, whether

15  it's 10 months, 11 months, 12 months, it doesn't

16  matter.

17       Q    But you've not -- you've just assumed that

18  that training wouldn't be verified, and so you

19  haven't made the effort to talk with these other

20  programs?

21       A    I don't understand --

22            MS. HURST:  Object to the form.

23            THE WITNESS:  -- your question.

24       Q    (By Mr. Whatley) Well, are you saying you

25  haven't talked to any other programs about the

Jeffrey Snyder, DO                                    December 20, 2018

Page 220

1    possibility of coming in and getting some credit for

2    the work you did at OSU?  You haven't --

3         A    That's -- that is -- no, and that's not how

4    it works.

5         Q    Well, how do you know if you haven't spoken

6    to anyone?  How do you know that?

7         A    I know that's not how it works because you

8    have to have a residency program verify the training

9    from that program.

10            Another residency program, as an example,

11   would not verify the training that is done at OSU

12   Medical Center, managed by Mercy, or OSU Center for

13   Health Sciences.

14        Q    Well, you -- you heard testimony during the

15   depositions of other residents that some people have

16   transferred from other residencies into OSU's

17   program, right?

18        A    There was one individual I recall that was

19   named Sean McCready.

20        Q    And -- and Mr. McCready -- or Dr. McCready

21   was able to transfer and get credit for some of the

22   work he had done elsewhere and then catch up in the

23   residency program at OSU, right?

24        A    What was testified to by Dr. McCready was

25   that he did his residency as a regular intern year at

Jeffrey Snyder, DO                         December 20, 2018

Page 221

1    St. Anthony's Hospital.  He was then transferring

2    into the OSU Family Medicine Residency Program.  And

3    a part of that transfer process, you have to apply

4    for -- I forgot if it's called advanced standing or

5    advanced approval for how many months that were

6    completed through the previous year that he would get

7    credit for as an OSU family medicine resident.

8              He testified that he was allowed to only

9    have nine months of training as an OSU family

10   medicine resident to be allowed to be transferred,

11   even though he did 12 months.

12             But for family medicine residency, if

13   you're going to go from a generic residency

14   internship to family medicine residency, you have to

15   apply for how much credit you're going to get in that

16   specific area of medicine.

17             He got nine months approved, even though he

18   did 12.  And then when he got there, Dr. Cotton,

19   according to Dr. McCready, allowed him to start as of

20   July 1st of his second year as a second-year

21   resident, even though he only had nine months,

22   according to Dr. McCready, approved for -- for OSU

23   Family Medicine Residency Program.

24        Q    So it is possible to transfer from one

25   residency program to another and get at lea- -- and

Jeffrey Snyder, DO                          December 20, 2018

                                                    Page 222

1    get some credit for what you've done there in the new

2    program?

3        A    You can transfer residency programs.

4        Q    But you've not talked to any residency

5    program about doing that?

6        A    There is the holdup -- no.

7             And the holdup of that was you all

8    obstructing my license application due to me

9    successfully completing the first year.

10       Q    You don't have to have a license to -- to

11   call a residency program and see if you can get into

12   their program, get some credit for what you've done,

13   maybe make up a couple of months and then look at

14   the -- the process of becoming licensed.

15       A    Well, but what we know here is that -- at

16   least I think can be proven from my standpoint --

17       Q    Well, but just answer my question.

18            MS. HURST:  Just answer the question --

19            THE WITNESS:  Okay.  Go ahead.

20            MS. HURST:  -- Dr. Snyder.

21       Q    (By Mr. Whatley) Right.  You --

22       A    Say it again.

23       Q    You -- the fact -- you don't have to have a

24   license to contact another program and talk to them

25   about options and possibilities of transferring into

Jeffrey Snyder, DO                        December 20, 2018

                                                Page 223

1    their program, getting some credit and working

2    towards your license with that program.

3         A    I think you could call a residency program,

4    or I could, or anyone could --

5         Q    But you --

6         A    -- but it's -- it's a futile matter because

7    it's irrelevant because you have to have a license,

8    and the verification form was not turned in to allow

9    me to continue training after the first year.

10        Q    Did Dr. McCready have a license when he --

11   when he transferred?

12        A    He had a license and he was allowed to be a

13   second-year resident with only nine months of

14   first-year credit.  But he was allowed to start his

15   second year of residency with only nine months of

16   first-year rotations.

17        Q    So how do you know that wouldn't have

18   happened with you with your presumably 11 months of

19   credit if you want to another program?

20        A    Because that's a different scenario because

21   Dr. McCready, he got his license.  He got his license

22   because his institution, healthcare institution or

23   employer, did what they were supposed to do.  They

24   verified his training.

25             My training was not verified due to the

Jeffrey Snyder, DO                          December 20, 2018

Page 224

1   unlawful conduct of Dr. Cotton and others of OSU

2   Mercy.  That is why.

3       Q    But you made no effort to check with other

4   programs to see how they would handle it?

5       A    I did look on residency program websites.

6   I have looked that -- it says that before you apply,

7   make sure you have the qualifications to do so.  I

8   have to be licensed to continue to engage in training

9   beyond the first year of residency.

10      Q    And that's not true in every state, is it?

11      A    I'm not sure what all the states are, but I

12  did check some of the surrounding states and, as I

13  recall, that is true in those states.

14      Q    Which place -- which residency programs did

15  you go on the websites for?

16      A    I went on ones that I could find websites,

17  such as -- you know, of course, there's OSU's Family

18  Medicine Residency Program.  And I'm familiar with

19  handbooks, e-mails, policies that they have regarding

20  to them following the law.

21           I think one of the residency programs was

22  maybe Choctaw.  One of them might have been, as I

23  recall, I think, Durant.  I tried to find ones that

24  were within the area that I could find websites for.

25  I also went on OU's website.

Jeffrey Snyder, DO                                    December 20, 2018

Page 225

```
 1        Q     Those all that you can recall right now?

 2        A     Yes, those are the ones that I can recall.

 3        Q     Have you made any other efforts to find

 4   employment since your employment ended with the

 5   residency program?

 6        A     The efforts that I discussed, again,

 7   pertain to looking at the law, looking at the legal

 8   requirements, looking at residency program handbooks,

 9   looking at e-mails that I have received, looking at

10   residency program websites.

11              So those are the ones that I can recall.

12        Q     Okay.  When you say "e-mails you received,"

13   from whom?

14        A     These would be e-mails from OSU Medical

15   Center, managed by Mercy.  Of course, also OSU Center

16   for Health Sciences is in- -- is involved.  And, as I

17   recall, it'd be e-mails associated with the Graduate

18   Medical Education Department, which Dr. Alexopulos,

19   as I understand, is over that.  She's the director of

20   medical education.

21              I believe some of the e-mails were

22   particularly from Brenda Davidson or Rhonda Bogan, I

23   believe, who are in that department.  They send out

24   information pertaining to the legal and lawful

25   requirements for their resident to have their license
```

Jeffrey Snyder, DO                          December 20, 2018

Page 226

1   as they continue their training after the first year

2   of residency.

3        Q    Have you done any type of volunteer work

4   since your association with the residency ended?

5        A    No, I don't recall any, other than helping

6   my family out, but I don't know if that's volunteer

7   work.

8        Q    What do you do on a day-to-day basis now?

9        A    I am very involved in this lawsuit.  This

10  has disrupted me and damaged my life to the -- to a

11  great -- significant extreme, as I'm sure you all

12  could imagine.  So, again, very involved in this

13  lawsuit.  I review documents, filings that are

14  associated with this lawsuit.  I'm very much in touch

15  with my attorney, communicate --

16            MS. HURST:  Don't talk about

17  attorney/client communications.

18            THE WITNESS:  Okay.

19       Q    (By Mr. Whatley) You can tell me how often

20  you talk to your attorney, just not what you say.

21       A    Oh --

22            MS. HURST:  That's correct.

23            THE WITNESS:  -- okay.  Well, I communicate

24  with my attorney, you know, regularly, frequently.

25  I'm not sure what word you're looking for.  But I am

Jeffrey Snyder, DO                        December 20, 2018

Page 268

1   surgery.  So you're learning a specific area of

2   medicine.

3             So during a residency you have -- as far as

4   the purpose, you have education.  You have training

5   that's done.  You have teaching, you're being taught

6   during residency, and learning going on, essentially.

7   And that occurs over the entirety of a residency

8   program.

9             So as an example, with family medicine you

10  could be a first-year resident, second-year resident

11  or third-year resident.  Third-year residents are

12  still learning.  Second-year residents are still

13  learning.

14            So learning, education, teaching, training,

15  that's what's going on during a residency program.

16       Q    Is there also a component of that program

17  where you're being evaluated, in terms of your

18  fitness, to -- to be a licensed physician?

19       A    In terms of being a licensed physician,

20  that is a decision that is being made by the

21  licensure board.

22       Q    Okay.  They -- do they not rely on input

23  from the residency program, though, in making that

24  determination?

25       A    If you're referring to the postgraduate

Jeffrey Snyder, DO                        December 20, 2018

Page 269

1    training verification form that was failed to be

2    turned in by the people in my residency program,

3    information should be and is supposed to be reported

4    to them, which OSU Center for Health Sciences and OSU

5    Medical Center, managed by Mercy, refused to report

6    information to the licensure board.

7         Q    Okay.  You keep --

8         A    So the licensure board does receive

9    information from a residency program, but not in my

10   scenario.  They discriminated against me.

11        Q    So going back to my question.

12             The -- part of the purpose of the residency

13   program is to evaluate the residents to determine

14   if -- if -- if they're ready to become practicing

15   physicians --

16        A    I --

17        Q    -- and to be licensed.

18        A    -- disagree with that.

19        Q    You disagree.  So --

20        A    Yes.

21        Q    -- even though the licensing board won't

22   issue a license without the information from the

23   residency, you don't think that that's part of the

24   evaluation process and the qualifications for being

25   licensed?

Jeffrey Snyder, DO                        December 20, 2018

                                              Page 270

1        A     What I specifically disagree with is that

2    they have a component of reporting information.  The

3    Family Medicine Residency Program or the Healthcare

4    Training Institution, OSU Medical Center, managed by

5    Mercy, they aren't ones to make a decision on

6    licensure.  They have information that they are

7    supposed to report so the licensure board can make

8    decisions, which is similar to, like, the medical

9    school.  It was required for the medical school that

10   I attended to report information so the licensure

11   board can make their decision.

12       Q    Okay.  Isn't the information they're

13   reporting, though, their opinion as to whether you

14   successfully completed that first year and are ready

15   to move to the point of being licensed?

16       A     There is a postgraduate training

17   verification form for them to report information of,

18   is this resident -- in terms of their performance,

19   did they, yes, do that, no, or are they in progress

20   of.

21            So you're supposed to report information

22   pertaining to my training and the licensure board

23   evaluates that.

24       Q    Okay.  And the licensure board uses that as

25   part of the decision-making on whether you should

Jeffrey Snyder, DO                          December 20, 2018

Page 271

1   have a license?

2        A     Yes.  So the licensure board does use

3   material that was not reported to them, due to people

4   discriminating against me.

5        Q     They -- they certainly rely upon the

6   opinion of the -- the residency program with regard

7   to whether you successfully completed that first year

8   or not, right?

9        A     They rely on true, accurate and complete

10  information, which is what the verification form says

11  to provide to them.  So they are supposed to provide

12  information, including additional information that

13  they need.

14       Q     And there's certainly -- besides the family

15  medicine residency that you were in, there are other

16  residency programs that -- that are going on at the

17  same time with people in different specialities,

18  right?

19       A     Yes.

20       Q     Okay.  And as part of at least your first

21  year -- or, actually, it looked like maybe multiple

22  years, you -- you rotate through different

23  specialities.  You're not just only in the Family

24  Medicine Clinic the whole time, or in the hospital

25  the whole time, you -- you do different specialities

Jeffrey Snyder, DO                          December 21, 2018

Page 394

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JEFFREY SNYDER, D.O.,          )
an individual,                 )
                               )
          Plaintiff,           )
                               )
vs.                            ) NO. CIV-16-384-F
                               )
                               )
BOARD OF REGENTS FOR THE       )
OKLAHOMA AGRICULTURAL &        )
MECHANICAL COLLEGES, ex rel.,  )
OKLAHOMA STATE UNIVERSITY      )
CENTER FOR HEALTH              )
SCIENCES, et al.,              )
                               )
          Defendants.          )


VIDEOTAPED DEPOSITION OF JEFFREY ANDREW SNYDER, D.O.

VOLUME II

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON DECEMBER 21, 2018


REPORTED BY:  JANA C. HAZELBAKER, CSR

Jeffrey Snyder, DO                          December 21, 2018

Page 432

1               MR. WHATLEY:  I said, other than the

2     language in this document.

3               THE WITNESS:  You didn't --

4               MR. WHATLEY:  That's exactly what I said.

5               MS. HURST:  Other than the language,

6     Dr. Snyder.

7               THE WITNESS:  Other than the language in

8     this document?

9        Q    (By Mr. Whatley) Other than the two

10    statements here, do you have some other evidence that

11    backs up this idea that you successfully completed 12

12    months of --

13       A    I absolutely do.

14       Q    Okay.  What is it?

15       A    Okay.  Are you going to let me say my

16    entire answer?

17       Q    It -- not -- as long as it doesn't include

18    you reading this document --

19       A    Okay.

20       Q    -- which I said --

21       A    I won't read this document.

22       Q    -- is not what we're considering.

23       A    Okay.

24       Q    Now, please answer.

25       A    Okay.  So, first of all, towards the end of

Jeffrey Snyder, DO                          December 21, 2018

```
                                             Page 433

 1   the first year of residency, I was provided a

 2   schedule of the second year of the residency training

 3   program.

 4           This schedule was e- -- e-mailed out to the

 5   residents in the OSU Family Medicine Residency

 6   Program.  This schedule had me grouped with all the

 7   second-year residents.

 8           There is first-year residents on this

 9   schedule -- and I have a copy of it if you'd like for

10   me to pull it out.

11           Would you like me to or not?

12       Q   No.  I want you to continue with the list.

13       A   Okay.  So there's a schedule that shows me

14   scheduled and grouped as a second-year resident with

15   all the second-year residents.  It clearly breaks

16   apart on the schedule the first-year residents and

17   separates them from the second-year residents and

18   separates them from the third-year residents.  I'm

19   grouped as a second-year resident with all the other

20   second-year residents.

21           On that schedule, I am also scheduled for

22   the types of rotations that a second-year resident

23   does, starting July 1st, 2014, through June 30th,

24   2015.

25           I -- I have the identical types of
```

Jeffrey Snyder, DO                                December 21, 2018

                                                          Page 434

1    rotations that a second-year resident does and the

2    same number of type of rotations that a second-year

3    resident does on that schedule.  That is evidence

4    that I satisfactorily and successfully completed the

5    first year of residency.

6              Dr. Cotton is responsible for the schedule.

7    Q    Any --

8    A    That -- that's one.

9    Q    Okay.  Can you just give me a list, and

10   then we'll go back and discuss them in more detail?

11             You said the -- the -- the schedule that

12   came out.

13             What else?

14   A    There -- around February -- and just to be

15   clear -- so I want to know -- so everyone knows the

16   time frame, the residency program for the -- my first

17   year was July 1st, 2013, through June 30th, 2014.

18             The second year started July 1st, 2014, and

19   would go through June 30th, 2015.  That's how the

20   academic year works.

21             There was posted on a public Facebook page

22   for the OSU Family Medicine Residency Program showing

23   me grouped with the second-year residents of the

24   residency program for -- for July 2014 through

25   June 2015.

Jeffrey Snyder, DO                                    December 21, 2018

                                                           Page 435

1        Q     When was that posted?

2        A     That was posted around February 11th, 2015.

3        Q     2015?

4        A     Yes.

5        Q     Okay.  What else -- evidence do you have

6    that you successfully completed 12 months of

7    residency?

8        A     So there -- I was identified as a

9    second-year resident on a -- whenever we had

10   orientation for the upcoming year for my second year

11   of residency, that was somewhere around July 1st or

12   the -- towards the end of June 2014.

13             This was an orientation at the OSU Family

14   Medicine Clinic in which -- it was in a conference

15   room, and you had all, if not -- if -- most, if not

16   all the residents.  They were supposed to all attend

17   the orientation.

18             Dr. Cotton came around the room with a

19   sign-in sheet for that orientation for the upcoming

20   year, for my second year of residency, and it had me

21   specifically grouped and listed with all the

22   second-year residents, and I signed that document.

23       Q     Okay.  Anything else?

24       A     There was -- the first day of the second

25   year of -- of the residency, July 1st, 2014, there

Jeffrey Snyder, DO                          December 21, 2018

                                                      Page 436

1   was a contact list e-mailed out for the OSU Family

2   Medicine Residency Program.  That contact list,

3   again, was sent out July 1st, 2014.  It specifically

4   lists me and identifies me as a second-year resident

5   in the Family Medicine Residency Program.

6              Again, that is evidence that I

7   satisfactorily and successfully completed the first

8   year of residency or I would not be identified as a

9   second-year resident.

10      Q    Anything else?

11      A    Also, on July 1st, 2014, I was sent an

12  e-mail from the OSU Family Medicine Residency Program

13  in regards to -- it was sent to second-year residents

14  for the OSU Family Medicine Residency Program in

15  regards to obtaining DEA number, OBNDD number, as

16  well as moonlighting, which is something that

17  second-year residents do as well.

18             I was sent that e-mail, and that e-mail was

19  sent to second-year residents.  If I was not a

20  second-year resident, they would not send me that

21  e-mail.

22      Q    What else?

23      A    There was also an e-mail that I was sent

24  towards the very end of the first year of residency,

25  so probably sometime around the end of June 2014, and

Jeffrey Snyder, DO                            December 21, 2018

Page 437

1    I was assigned and signed up for providing lectures

2    to teach medical students.

3              In accordance with the OSU Family Medicine

4    Residency Handbook Contract, that is something that

5    is only done by second- and third-year OSU family

6    medicine residents.

7              So as a -- a second-year resident, I was

8    signed up to teach family medicine residents, which

9    is consistent with the handbook contract being done

10   only by second- and third-year residents, which is,

11   again, evidence that I satisfactorily and

12   successfully completed the first year of residency.

13       Q    Anything else?

14       A    There was a contract that was put together

15   for me.  It has my name printed on the contract, and

16   it was specifically printed on there for the second

17   year of the residency, PGY-2, Postgraduate Year 2.

18   And that contract was put together for me to start as

19   a second-year resident starting July 1st, 2014.

20       Q    And you received that when?

21       A    That was hidden from me.  It was never

22   provided to me.  It was dated April 8th, 2014, and

23   was not given to me.

24       Q    So you didn't receive it then?

25       A    It was hidden from me.  It was uncovered

Jeffrey Snyder, DO                          December 21, 2018

Page 438

1    through discovery in this lawsuit.

2         Q    Well, what -- what do you mean by "hidden"

3    from you?

4         A    It was never given to me.  I don't know why

5    it was not given to me.  And it had my name on it.

6    It was made for me and it was never given to me.

7         Q    But that was --

8         A    But it identifies me as a second-year

9    resident starting July 1st, 2014.

10        Q    But it was -- from your understanding, it

11   was created back in April of 2014?

12        A    If -- that's the date on the contract, so

13   perhaps they gave them out to other residents and I

14   was discriminated against and they decided to not

15   give it to me.

16        Q    All right.  Anything else?

17        A    There is -- in terms of procedures done

18   during the first year, I did around 75 procedures and

19   I passed 75 procedures.

20        Q    What else?

21        A    Let's see.  There is a skills document that

22   identifies me for the second year of training in the

23   residency training program for OSU Family Medicine

24   Residency, and that document was also approved by

25   Dr. Cotton.

Jeffrey Snyder, DO                          December 21, 2018

Page 439

1       Q    Anything else?

2       A    And we're talking about other than this

3   letter, because we already talked about this letter.

4       Q    Right.  I don't want to --

5       A    Yes.  Okay.

6       Q    I don't want to talk any more about this

7   letter.

8       A    Okay.  All the monthly rotation evaluations

9   that I received, which -- so everyone knows, again, I

10  know everyone knows in this room, but I'm just

11  saying, you have a different rotation each month.

12  Rotations are each month.

13          From July 1st, 2014, through June 30th,

14  2000- -- I'm sorry, July 1st, 2013, through

15  June 30th, 2014, which was my first year of

16  residency, all the monthly rotation evaluations that

17  I received were satisfactory.  None of those rotation

18  evaluations were marked as "Unsatisfactory."

19      Q    Anything else?

20      A    During my first year of residency, from

21  July 1st, 2013, through June 30th, 2014, all the

22  quarterly evaluations that I received did not have

23  any markings of "Deficient," which shows I

24  satisfactorily and successfully completed the first

25  year of residency.

Jeffrey Snyder, DO                         December 21, 2018

                                                    Page 440

1        Q     Anything else?

2        A     There was a letter that was documented and

3   put together for the licensure board by Dr. Jenny

4   Alexopulos, who is the director of medical education

5   for OSU Medical Center, managed by Mercy.

6              That letter said that I will successfully

7   complete the AOA approved OSU Family Medicine

8   Residency Program.  And this was dated March 19th,

9   2014.

10             She said I had proper and professional

11  character, as I recall, that I was in good standing,

12  and that she recommends me for licensure.  And she

13  recommends me for licensure without any reservation.

14       Q     Was that letter ever provided to you other

15  than through discovery?

16       A     No.

17       Q     Was that letter ever provided to the

18  licensure board?

19       A     I'm not aware what Dr. Alexopulos did with

20  the letter.

21       Q     And the letter was created and dated,

22  according to what you saw, in March of 2014?

23       A     March 19th, 2014.

24       Q     Anything else?

25       A     There was -- each year, as I understand, in

Jeffrey Snyder, DO                    December 21, 2018

                                              Page 441

1    the OSU Family Medicine Residency Program, there is

2    what's called an in-service examination.  And I

3    believe it is put on by the American College of

4    Osteopathic Family Physicians.  And that examination

5    I performed satisfactorily.  As I understand, I

6    performed above average compared to other first-year

7    family medicine residents across the country.

8         Q    Anything else?

9         A    I passed all three licensure board

10   examinations, which shows, in -- in my opinion, that

11   I satisfactorily and successfully completed the first

12   year of the residency program.  And that is the basis

13   for licensure as well.

14        Q    Anything else?

15        A    Those are all the things I can think of at

16   this point in time.

17        Q    Okay.  This schedule that you said you were

18   on as a -- as a second-year resident, when was that

19   issued?

20        A    I believe that was issued around May 23rd,

21   2014.

22        Q    And the schedules would be modified and

23   changed from time to time, wouldn't they?

24        A    I'm not aware of that.  I wasn't involved

25   in that process.  I do know that there was a -- there

Jeffrey Snyder, DO                              December 21, 2018

Page 593

1   example.

2            That's about a -- approximately, $180,000

3   difference that would be lost as well, per year, that

4   I would be having to go back to a residency program.

5            MR. WHATLEY:  All right.  I'll pass the

6   witness.  (1:34 p.m.)

7                   DIRECT EXAMINATION

8   BY MR. STEPHENS:

9       Q    Dr. Snyder, my name is Steve Stephens.  I'm

10  the general counsel for the Board of Regents.

11           Let me just start off following up on some

12  questions Nathan asked you.

13           Have you ever heard of the phrase "duty to

14  mitigate damages"?

15      A    Yes.

16      Q    You understand, do you not, that you have a

17  duty as a litigant to try to mitigate any damages you

18  may have suffered, don't you?

19      A    I'm not sure exactly what the requirements

20  there are because I'm not an attorney.

21      Q    Well, you have a duty to go out and try and

22  lessen the damages instead of just letting them

23  escalate and increase, don't you?

24      A    I have a -- I do not understand exactly

25  what the legal requirements are.

Jeffrey Snyder, DO                          December 21, 2018

Page 594

1      Q    Well, let me just tell you.  The legal

2   requirement is that you have a duty to go out and try

3   and lessen the damages and not try to just simply let

4   them escalate and increase.

5           Now, if I understood your testimony

6   correctly, you have done nothing over the past five

7   years to try and get any other job at all; is that

8   true?

9           MS. HURST:  Object to the form.

10          THE WITNESS:  That's false.

11     Q    (By Mr. Stephens) What have you done to try

12  and get another job?

13     A    I have tried to get my verification form

14  turned in that specifically is --

15     Q    I'm talking about any other job other than

16  a residency job at the OSU Medical Center.

17          MS. HURST:  Object to the form.

18          THE WITNESS:  Can you repeat your question?

19     Q    (By Mr. Stephens) You haven't done anything

20  in the past five years to try and get any other job

21  at any place other than at the OSU Medical Center,

22  correct?

23     A    That's false, because --

24     Q    What have you -- what job have you tried to

25  get?

Jeffrey Snyder, DO                          December 21, 2018

Page 595

1       A    I -- so you said I tried to get a job at

2    OSU?  Is that what's part of your question?

3       Q    No.  You said you tried to get back in the

4    OSU Medical Center Residency Program, correct?

5       A    That is a job.

6       Q    Okay.  Other than that attempt, have you

7    made any effort to try and get any job during the

8    past five years?

9       A    My attempts were made due to having the

10   verification form turned in, which is a requirement

11   to engage in training after the first year of

12   residency.  Once that is turned in, my licensure

13   application will be completed.

14           Once I have my license, I'm qualified to

15   work as a second-year resident, to engage in training

16   after the first year.  So you all have prevented me

17   from being able to obtain further employment after

18   the first year of residency.

19      Q    We've heard that repeatedly.

20           However, isn't it true that you have not

21   put in any application at any other employer anyplace

22   in the country in the past five years?

23      A    I just told you.

24      Q    Yes or no.

25      A    Can you repeat the question?

Jeffrey Snyder, DO                          December 21, 2018

Page 596

1       Q    Isn't it true that you have not attempted
2   to put in an application at any other place of
3   employment in this country in the past five years?
4       A    That's false.
5       Q    With what other entity have you placed an
6   application for employment in the past five years?
7       A    I tried to apply in transferring for a
8   program at OSU Medical Center, which you previously
9   said but then you forgot about.
10      Q    Is that the only one?
11      A    That was the only situation that I was able
12  to do that due to the fact that y'all were in control
13  of the verification form.  So, yes.
14      Q    Okay.  So that's a "yes," correct?
15      A    I just explained my answer.
16      Q    Okay.  You appear to have a -- a problem
17  answering a yes or no question with a simple "yes" or
18  "no."
19           Is there some type of cognitive or mental
20  disorder you suffer from that prohibits you from
21  answering a question "yes" or "no"?
22           MS. HURST:  Object to the form.
23           THE WITNESS:  There has been statements
24  made by Dr. Cotton.  I disagree with that, what you
25  just said, but there has been statements made by

Jeffrey Snyder, DO                         December 21, 2018

Page 627

 1   school, there's a process called the "match."

 2            Are you familiar with that term?

 3       A    Yes.

 4       Q    That's where fourth-year students try to

 5   match with residency programs around the country,

 6   correct?

 7       A    That's what I understand.  It's a system

 8   that's set up to match fourth-year medical students,

 9   as you said, into residency programs around the

10   country, yes.

11       Q    And are you aware that every year there are

12   more students entering the match than there are spots

13   available in residencies?

14       A    I'm not aware of that.

15       Q    Are you aware that every year around the

16   country there are some people who graduate from

17   medical school who do not get accepted into any

18   program?

19       A    I'm not aware of that.

20       Q    Are you aware of people that go through

21   and -- try and go through the match, and they don't

22   match with the residency programs to which they've

23   applied and, therefore, have to go through something

24   called the "scramble"?

25       A    I've heard of that.  That's a fourth-year

Jeffrey Snyder, DO                         December 21, 2018

Page 628

1    medical student who does not match into what they

2    were wanting to match in, I guess you could say.

3           There's a ranking process where a medical

4    student will rank where they would like to preferably

5    attend residency.  And then the residency programs

6    rank -- rank people as well.

7           And then that's where the match comes in,

8    where you have the rank of the individual medical

9    student, fourth year, and the res- -- and the

10   residency program ranking.  Then if there is a match,

11   they match.

12          And then if there is no match, there is a

13   process where a fourth-year medical student could try

14   to obtain some sort of position and see if they can

15   find a entry-level position to begin a residency

16   program.

17       Q    And that's called the scramble?

18       A    I believe we're talking about the same

19   thing.

20       Q    Okay.  Now, isn't it also true that there

21   are some -- that you were educated by the school

22   about being realistic with what programs to try to

23   match?

24       A    I'm not aware of that.

25       Q    Well, there are some residency programs

Jeffrey Snyder, DO                        December 21, 2018

Page 779

1   have been beneficial.

2        Q    Now, at one point in time you made a call

3   to Jeffrey LeBoeuf regarding the possibility of

4   transferring into a radiology residency; is that

5   true?

6        A    That's correct.

7        Q    And you got his name from Mr. Kannady --

8   from Mr. Price through Mr. Kannady, correct?

9        A    I believe that's the case.

10       Q    And Mr. LeBoeuf told you, in essence, did

11  he not, that, yeah, is technically possible to

12  transfer from one program to another, but radiology's

13  a very difficult one to get into because it's hard to

14  match into that program?

15       A    I don't remember him saying that.

16       Q    Well, that you know to be true, don't you?

17       A    I -- as I said previously, in regards to

18  when you first enter a residency program, which is

19  the time frame that you would do the match, which is

20  a fourth-year medical student, there is fewer

21  positions available.

22            In my situation, I would be transferring

23  into a residency program.

24       Q    That's even more competitive, isn't it?

25       A    I disagree with that.

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF OKLAHOMA
2

3   JEFFREY SNYDER, D.O.,        )
    an individual,               )
4                                )
             Plaintiff,          )
5                                )
    vs.                          )  NO. CIV-16-384-F
6                                )
                                 )
7   BOARD OF REGENTS FOR THE     )
    OKLAHOMA AGRICULTURAL &      )
8   MECHANICAL COLLEGES, ex rel.,)
    OKLAHOMA STATE UNIVERSITY    )
9   CENTER FOR HEALTH            )
    SCIENCES, et al.,            )
10                               )
             Defendants.         )
11

12

13

14   VIDEOTAPED DEPOSITION OF JEFFREY ANDREW SNYDER, D.O.

15                       VOLUME IV

16        TAKEN ON BEHALF OF THE DEFENDANTS

17            IN OKLAHOMA CITY, OKLAHOMA

18             ON SEPTEMBER 12, 2019

19

20        REPORTED BY:  JANA C. HAZELBAKER, CSR

21

22

23

24

25

Jeffrey Snyder, DO                          September 12, 2019

Page 1178

1              Have you provided that letter to any

2    residency program to test whether or not you have the

3    qualifications to apply for their residency program?

4         A    No.

5         Q    Okay.  So you don't know whether or not you

6    could, you just haven't done it, correct?

7         A    That's not correct.

8         Q    Well, what efforts have you made to

9    affirmatively test whether or not you could attempt

10   to enter another program?

11        A    I applied to transfer into the radiology

12   residency program.

13        Q    Where?

14        A    At OSU.

15        Q    Yeah.  And outside of the radiology program

16   application that you believe that you made, what

17   other efforts have you made in the intervening five

18   years?

19        A    I have researched residency positions

20   through the Osteopathic Opportunities website.

21        Q    And outside of research, what affirmative

22   steps have you ever made to apply for a program?

23        A    I think the last statement I told you was

24   an affirmative step.

25        Q    Have you ever filled out an application,