

**COLLEGE OF**
**Osteopathic Medicine**

**CENTER FOR HEALTH SCIENCES**

**Department of Family Medicine**
**Family Medicine Residency**

OSU Health Care Center
2345 Southwest Boulevard
Tulsa, Oklahoma 74107-2705

(918) 561-8395
Fax (918) 561-8525

July 3, 2014

Dr. Snyder,

This is an update on the status of your Academic Probation. The results of your evaluations completed through the Employee Assistance Program (EAP) reveal a summative assessment that you are currently not "fit for duty" and should undergo counseling before returning to direct patient care activities. Effective immediately you are granted a 3-month paid leave of absence so that you can participate in counseling as directed by the EAP. As a condition of employment, you are to participate in counseling sessions, as directed by the EAP, for a period of three months. Near the conclusion of this three-month period your progress will be re-assessed by the EAP and a decision will be made regarding your continued participation in this residency training program.

Respectfully,

*[signature]*

Lora Cotton, D.O.
Vice Chair, Department of Family Medicine
Program Director, Family Medicine Residency Program
Associate Professor of Family Medicine
Oklahoma State University, Center for Health Sciences

**EXHIBIT 39**

I have read and understand this academic probation letter. *Jeffrey Snyder, D.O.*
Jeffrey Snyder, D.O.

Cc: Jenny Alexopulos, D.O., Sunny Benjamin, SPHR, Joan Stewart, D.O.