IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SNYDER, D.O., an individual, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL & MECHANICAL COLLEGES, *ex rel.*, OKLAHOMA STATE UNIVERSITY CENTER FOR HEALTH SCIENCES, *et al.* <br><br> Defendants. | Case No. CIV-16-384-F <br><br><br> JURY TRIAL DEMANDED |

**DEFENDANT BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES, *ex rel.*, OKLAHOMA STATE UNIVERSITY CENTER FOR HEALTH SCIENCES' RESPONSES TO PLAINTIFF'S OPENING DISCOVERY**

COMES NOW Defendant, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, *ex rel.*, Oklahoma State University Center for Health Sciences ("Defendant"), and submits its answers and responses to Plaintiff's Opening Discovery Requests.

**GENERAL OBJECTIONS**

1. Defendant objects to Plaintiff's discovery requests to the extent they are not: relevant to the subject matter involved in the pending action, related to the claim(s) or defense(s) of either party, or calculated to lead to the discovery of admissible evidence.

2. Defendant objects to the disclosure of any information that was prepared in anticipation of or for litigation by or for it or any of its representatives or that are otherwise beyond the permissible scope of discovery.

**EXHIBIT 5**

## REQUESTS FOR ADMISSION

**REQUESTED ADMISSION NO. 1:** *Admit that the Plaintiff was an employee of the Defendant.*

**RESPONSE TO REQUESTED ADMISSION NO. 1:** Defendant denies Plaintiff's Requested Admission No. 1.

**REQUESTED ADMISSION NO. 2:** *Admit that the Plaintiff was a student of the Defendant.*

**RESPONSE TO REQUESTED ADMISSION NO. 2:** Defendant denies Plaintiff's Requested Admission No. 2, as Plaintiff was not a student of Defendant, but instead, was a resident physician participating in Defendant's residency program, which serves as a clinical education program for graduate physicians who have completed their first year of postgraduate training.

**REQUESTED ADMISSION NO. 3:** *Admit that the Defendant terminated Plaintiff from employment.*

**RESPONSE TO REQUESTED ADMISSION NO. 3:** Defendant denies Plaintiff's Requested Admission No. 3.

**REQUESTED ADMISSION NO. 4:** *Admit that the Defendant terminated Plaintiff from its medical residency program.*

**RESPONSE TO REQUESTED ADMISSION NO. 4:** Defendant denies Plaintiff's Requested Admission No. 4, as Plaintiff was not terminated from Defendant's residency program, but instead, was dismissed from the program due to Plaintiff's abandonment of his position.

**REQUESTED ADMISSION NO. 5:** *Admit that, prior to the Plaintiff's termination, from the residency program, he had made a complaint of gender discrimination.*

**RESPONSE TO REQUESTED ADMISSION NO. 5:** Defendant denies Plaintiff was terminated from the residency program; however, Defendant admits Plaintiff made a complaint of gender discrimination prior to his dismissal from the residency program for abandonment of his position.

**REQUESTED ADMISSION NO. 6:** *Admit that, prior to the Plaintiff's termination, from the residency program, he had made a complaint of disability discrimination.*

3

*employment, date of birth and gender) the person(s) who made the final decision to terminate the Plaintiff from the residency program.*

**RESPONSE TO INTERROGATORY NO. 2:** Defendant objects to Plaintiff's Interrogatory No. 2 as being overly broad, and unduly burdensome. Additionally, Defendant objects to the Interrogatory as being argumentative in that it assumes Plaintiff was terminated from the Defendant's residency program, which Defendant denies. Pursuant to the definition included with Plaintiff's Interrogatories, "termination" references a separation of employment and thereby implies an employer/employee relationship. Such a relationship never existed between Defendant and Plaintiff. Notwithstanding these objections, Defendant responds as follows: The individual(s) who made the final decision to dismiss the Plaintiff from the residency program following his abandonment was/were:

    Dr. Lora Cotton
    Program Director
    Vice Chair and Professor of Family Medicine, Statewide Director of Family Medicine Residency Program, Director of Medical Education for OSU COM Residency Program of Family Medicine, OMM and Psychiatry
    OSU HealthCare Center
    2345 Southwest Blvd
    Tulsa, OK 74107
    Office: 918-582-1980
    (918) 606-8103
    Dates of employment: 11-1-2006 to current
    DOB: 4-25-1968

**INTERROGATORY NO. 3:** *Identify (defined as full name, last known home address, last known home or cell phone number, work address, year of birth, dates of employment, date of birth and gender) the person(s) who participated (as defined above) in the decision to terminate the Plaintiff and describe for each their level of participation (e.g. whether the person reported a complaint about the Plaintiff, whether the person made the final termination decision, whether the person reviewed and approved such decision, etc.).*

**RESPONSE TO INTERROGATORY NO. 3:** Defendant objects to Plaintiff's Interrogatory No. 3 as being overly broad, and unduly burdensome. Additionally, Defendant objects to the Interrogatory as being argumentative in that it assumes Plaintiff was terminated from the Defendant's residency program, which Defendant denies. Pursuant to the definition included with Plaintiff's Interrogatories, "termination" references a separation of employment

and thereby implies an employer/employee relationship. Such a relationship never existed between Defendant and Plaintiff. Notwithstanding these objections, Defendant responds as follows: The individual(s) who participated in the decision to dismiss the Plaintiff from the residency program following his abandonment was/were:

>Dr. Lora Cotton
>Program Director
>Vice Chair and Professor of Family Medicine, Statewide Director of Family Medicine Residency Program, Director of Medical Education for OSU COM Residency Program of Family Medicine, OMM and Psychiatry
>OSU HealthCare Center
>2345 Southwest Blvd
>Tulsa, OK 74107
>Office: 918-582-1980
>(918) 606-8103
>Dates of employment: 11-1-2006 to current
>DOB: 4-25-1968
>Dr. Cotton participated in a group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position. As noted above, Dr. Cotton made the final decision to dismiss Plaintiff from the program.
>
>Dr. Jenny Alexopulos
>Director of Medical Education at OSU Medical Center;
>Medical Director of OSU Physicians;
>Professor of Family Medicine
>(Director of Clinical Learning Environmental Review)
>OSUMC
>744 W. 9th St.
>Tulsa, OK 74127
>Office: 918-599-5922
>(918) 810-6251
>Dates of employment: 1-1-1995 to current
>DOB: 10-01-1963
>Dr. Alexopulos participated in a group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.
>
>Dr. Gary Slick
>Head of OPTI
>Director of Medical Education THC Residencies, Medical Director OMECO, Professor of Medicine
>OSU Physician's Office Building Suite 500
>802 S. Jackson

8

Tulsa, OK
Office: 918-561-1290
(918) 237-6555
Dates of employment: 10-31-2005 to current
DOB: 4-13-1941
Dr. Slick was notified of the determinations made during the group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.

Dr. Christopher Thurman
Chair, Department of Family Medicine
Associate Professor of Family Medicine
OSU HealthCare Center
2345 Southwest Blvd
Tulsa, OK 74107
Office: 918-582-1980
(918) 645-3509
Dates of employment: 7-01-2003 to current
DOB: 7-31-1973
Dr. Thurman was notified of the determinations made during the group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.

Brenda Davidson
Associate Designated Institutional Officer
OSUMC
744 W. 9th St.
Tulsa, OK 74127
918-599-5922
Dates of employment: 7-31-2015 to current
DOB: 11-10-1961
Ms. Davidson participated in a group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.

Sunny Benjamin
Former Chief Human Resources Officer for OSUMC
3110 E 71 st Street
Tulsa, OK 74136
Ms. Benjamin participated in a group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.

Debbie Nottingham
OSU Medical Center HR
Senior Human Resources Representative OSUMC

744 W. 9th St.
Tulsa, OK 74127
Ms. Nottingham participated in a group discussion addressing Plaintiff's failure to communicate his intentions in regard to returning to training and whether Plaintiff had abandoned his position.

**INTERROGATORY NO. 4:** *Identify (defined as full name, last known home address, last known home or cell phone number, work address, year of birth, dates of employment, date of birth and gender) all residency who were part of the same residency program as the Plaintiff.*

**RESPONSE TO INTERROGATORY NO. 4:** Defendant objects to Plaintiff's Interrogatory No. 4 as being overly broad, and unduly burdensome. Notwithstanding these objections, Defendant responds as follows:

Residents in the OSU-CHS and OMECO-THC Family Medicine Residencies

Academic Year 2013-2014

*Note: There are two accredited residencies in the Oklahoma State University Department of Family Medicine. The residents in the two programs train side by side in the clinic and in the hospital. They also share a call schedule. OGME II and OGME III residents from both programs supervise OGME 1 residents from both programs in the 24 hour hospital coverage service.*

OGME III (Senior residents in last year of training. They have a state medical license.)

Brewer, Elizabeth
    Last known phone number: 918-521-3689
    Role: Resident in same program as Plaintiff. She saw patients in the same outpatient clinic as the Plaintiff. When assigned, she provided backup supervision of Plaintiff when he was assigned to the Family Medicine hospital service.

Carey, Steffen
    Last known phone number: 405-627-1673
    Role: Chief resident of Plaintiff's residency program. Resident in same program as Plaintiff. He saw patients in the same outpatient clinic as the Plaintiff. When assigned, he provided backup supervision of Plaintiff when he was assigned to the Family Medicine hospital service.

Fowler, Matthew
    Last known phone number: 918-606-3904

10

Defendant's residency program, Plaintiff failed to mitigate his damages by failing to secure acceptance into another training program.

Respectfully submitted,

Stephen R. Stephens
Michael Scott Fern
Clinton W. Pratt
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Bldg.
Oklahoma State University
Stillwater, OK 74078-7044
steve.stephens@okstate.edu
ATTORNEY FOR DEFENDANT
BOARD OF REGENTS FOR THE
OKLAHOMA AGRICULTURAL &
MECHANICAL COLLEGES, EX REL.,
OKLAHOMA STATE UNIVERSITY
CENTER FOR HEALTH SCIENCES

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I transmitted a copy of the foregoing document via electronic mail and regular first-class mail to:

Mark E. Hammons
Amber L. Hurst
Hammons Gowens Hurst & Associates
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
**ATTORNEYS FOR PLAINTIFF**

W. Kirk Turner
Samanthia S. Marshall
Rachel B. Crawford
Jacob S. Crawford
Newton O'Connor Turner & Ketchum
15 West Sixth Street, Ste. 2700
Tulsa, OK 74119
**ATTORNEYS FOR COMMUNITY CARE, JESSICA HEAVIN, STEVE STEWART**

Michael F. Lauderdale
Nathan L. Whatley
Philip R. Bruce
McAfee & Taft
10th Floor, 211 North Robinson
Oklahoma City, Oklahoma 73102
**ATTORNEYS FOR DEFENDANTS OKLAHOMA STATE UNIVERSITY MEDICAL CENTER, DEBORAH NOTTINGHAM, SUNNY BENJAMIN, MERCY HEALTH OKLAHOMA COMMUNITIES, INC., MERCY HEALTH, OKLAHOMA STATE UNIVERSITY MEDICAL TRUST AND OSUMC PROFESSIONAL SERVICES, LLC**

M. Daniel Weitman
Lauren J. Ray
Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
**ATTORNEYS FOR OKLAHOMA STATE UNIVERSITY MEDICAL AUTHORITY**

James K. Secrest
Edward J. Main
Secrest Hill Butler & Secrest
7134 S. Yale Ave., Ste. 900
Tulsa, OK 74136
**ATTORNEYS FOR LESLIE BARNES, Ph.D.**

Adam Childers
Allen Hutson
Crowe & Dunlevy
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
**ATTORNEYS FOR DEFENDANTS LORA COTTON, D.O., AND JENNY ALEXOPULOS, D.O.**

Clinton W. Pratt

VERIFICATION

I, LORA COTTON, being first duly sworn, upon oath state that I have read the foregoing Responses to Plaintiff's Interrogatories, that I am familiar with the matters set forth therein, and that same are true and correct to the best of my knowledge, information and belief.

*Lora Cotton*

COUNTY OF Tulsa )
                ) ss
STATE OF OKALAHOMA )

Subscribed and sworn to me this 31 day of July, 2017, by Lora Cotton.

My Commission Expires: 12/17/2017        *Angie Bruce*

[Notary Seal: ANGIE BRUCE, NOTARY PUBLIC, No. 13011239, EXP. 12/17/2017, IN AND FOR STATE OF OKLAHOMA]