**COLLEGE OF**
# Osteopathic Medicine

CENTER
IR HEALTH
SCIENCES

Department of Family Medicine
Family Medicine Residency

OSU Health Care Center
2345 Southwest Boulevard
Tulsa, Oklahoma 74107-2705

(918) 561-8395
FAX (918) 561-8525

November 13, 2014

Re: Description of current status and outcome options

Dr. Snyder,

Thank for meeting on November 7, 2014 to discuss your current residency training status and available options for moving forward. During the meeting you requested that I send you, in writing, documentation of your current status and options. Your current status and outcome options available at this time are as follows:

Description of Status

Your current residency training status is OGME 1 on Academic Probation. Your current employment status at OSUMC is Leave of Absence with pay due to the not fit-for-duty determination on July 2, 2014.

Description of Outcome Options

Option 1. Return to training in OSU Family Medicine Residency Training Program

A. You may return once I receive a written statement from a clinical psychologist stating that you are fit-for-duty for patient care.
B. By returning to duty you waive any complaints or appeals you may have regarding your status as an OGME 1 and agree to continue in the program from the point you left.
C. Upon return to the patient care environment, your status would be OGME 1 on Academic Probation with one month of active rotation time remaining in this probation period. This means that upon returning from the leave of absence, you would start back where you left off before the not fit-for-duty determination.
D. The process for determining your residency status at the conclusion of this initial probation period remains the same. The Program Director and Family Medicine Residency Faculty will determine your residency status based on your clinical performance. The three possible determinations at the end of this probation period are: release from probation, continuation of probation or dismissal from the program.

Option 2. Resignation from OSU Family Medicine Residency

A. This option is available to you immediately by submitting a statement of resignation to the Residency Program and a fit for duty determination from a clinical psychologist. If

**EXHIBIT 26**

THE STATE'S UNIVERSITY

CONFIDENTIAL                                OSUMC_01334

you choose this option, you would immediately be able to seek another residency training program.

B. When prospective program directors and employers request a description of the circumstances of your leaving this residency program, this is the description that would be given:

> Dr. Snyder successfully completed 12 months of OGME 1 rotation training from June 1, 2013 through June 30, 2014. He voluntarily resigned from the Program on _____. His status at the time of his resignation was OGME 1 resident.

3: Dismissal from OSU Family Medicine Residency Program

A. This determination will be made if the Residency Program does not receive a fit-for-duty statement or resignation by January 1, 2015.
B. The dismissal would be subject to appeal as provided in the Oklahoma State University Family Medicine Residency Handbook.
C. If you successfully appeal you would return to patient care with a status of OGME 1 subject to any additional requirements as required by the appeal committee.
D. If your appeal is not successful your dismissal will be final. If prospective program directors and employers request a description of the circumstances of your leaving this residency program, this is the description that would be given:

> Dr. Snyder completed 12 months of OGME 1 rotation training from June 1, 2013 through June 30, 2014. He was dismissed from this residency program for academic reasons on this date:_____. His residency status at dismissal was OGME 1 resident on academic probation.

Respectfully,

*(signature)*

Lora Cotton, D.O.
Vice Chair, Department of Family Medicine
Program Director, Family Medicine Residency
Associate Professor of Family Medicine
Oklahoma State University Center for Health Sciences