# CommunityCare
## Employee Assistance Program

### INITIAL EAP EVALUATION RECOMMENDATION

**COMPANY:  OSU Medical Center**
**ADDRESS:   744 W 9TH ST Tulsa OK 74127**
**ATTENTION:  Deby Nottingham-HR**

## EMPLOYEE IDENTIFICATION:

**NAME: Jeffrey Snyder**

**REASON FOR EVALUATION:** Work performance issues

**DATE OF INITIAL EVALUATION**: 5-2-14 (recommendation session on 5-6-14)

**TREATMENT RECOMMENDED: This client has been referred for a fitness for duty evaluation.** *If after the fitness for duty evaluation OSU would like EAP to be involved or follow up with client regarding additional recommendations, please contact Jessica Heavin at 918-594-5232.

**PROGRAM:** Referred to Ph.D. for fitness for duty

**APPROXIMATE START DATE**: Client has been given 48 hours to set up the appointment with the recommended provider (5-8-14 at 3:00pm).

**JESSICA HEAVIN, MS, LPC, NCC**
**EAP ASSESSOR I**
**CommunityCare of Oklahoma EAP**

218 W. 6th St.  /  Tulsa, OK 74119  /  (918) 594-5232  /  1-800 221-3976  /  Fax  (918) 594-5230

```
EXHIBIT
9
```

CONFIDENTIAL

PLF SNYDER 01184

OSUMC-ORA 000047