IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SNYDER, D.O., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-384-F |
| | ) |
| BOARD OF REGENTS FOR THE | ) |
| OKLAHOMA AGRICULTURAL & | ) |
| MECHANICAL COLLEGES, *ex rel.* | ) |
| OKLAHOMA STATE UNIVERSITY | ) |
| CENTER FOR HEALTH SCIENCES, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

Jaklyn Garrett ("**Movant**"), formerly of Stockton Talbert, respectfully requests that the Court enter an Order allowing her to withdraw as attorney of record for Plaintiff. In support of this Motion, Movant states as follows:

1. Movant is no longer affiliated with Stockton Talbert, PLLC.

2. Plaintiff will continue to be represented by Joshua Stockton and Laura Talbert of Stockton Talbert, PLLC.

3. Movant's withdrawal will not impact any deadlines or hearing dates in this case and none of the parties will be prejudiced by the same.

4. Pursuant to Local Rule 83.5, Movant certifies that Plaintiff, as well as counsel for the other parties in this case, have been made aware of her intent to withdraw.

5. A proposed Order permitting Movant's withdrawal is being submitted for the Court's consideration.

**WHEREFORE**, Jaklyn Garrett respectfully moves the Court to enter an Order allowing her to withdraw as attorney of record for Plaintiff.

Respectfully submitted,

_____
Jaklyn Garrett, OBA # 31556
1537 NW 43rd Street
Oklahoma City, Oklahoma 73118
Telephone: (405) 408-5164
Email: jaklyngarrett@gmail.com

### CERTIFICATE OF SERVICE

I certify that on March 17, 2020, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

_____
JAKLYN GARRETT