# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SNYDER, D.O, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-16-384-F |
| v. ) | |
| ) | |
| BOARD OF REGENTS FOR THE ) | |
| OKLAHOMA AGRICULTURAL & ) | |
| MECHANICAL COLLEGES, *ex rel.* ) | |
| OKLAHOMA STATE UNIVERSITY ) | |
| CENTER FOR HEALTH ) | |
| SCIENCES, *et al*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jeffrey Snyder, D.O, and Defendants Board of Regents for the Oklahoma Agricultural & Mechanical Colleges, ex rel. Oklahoma State University Center for Health Sciences and Oklahoma State University Medical Trust, by and through their respective counsel, stipulate to the dismissal of this action with prejudice. Further, each party to the action shall bear its own attorney's fees and costs.

Respectfully submitted,

s/ Laura Talbert
Joshua Stockton, OBA # 21833
Laura Talbert, OBA # 32670
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, Oklahoma 73106
Phone: (405) 225.1200
Ltalbert@stocktontalbert.com
jstockton@stocktontalbert.com
*Attorneys for Plaintiff*

s/ Stephens R. Stephens
Stephen R. Stephens, OBA # 10479
Michael Scott Fern, OBA #2880
Clinton W. Pratt, OBA #21329
Board of Regents for OSU
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone: (405) 744-6494
steve.stephens@okstate.edu
msfern@okstate.edu
clint.pratt@okstate.edu
*Attorneys for Defendant OSU-CHS*

- and -

s/ Nathan L. Whatley
Nathan L. Whatley, OBA No. 14601
Michael F. Lauderdale, OBA No. 14265
Kristin M. Simpsen, OBA No. 22302
Philip R. Bruce, OBA No. 30504
McAFEE & TAFT
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
nathan.whatley@mcafeetaft.com
mike.lauderdale@mcafeetaft.com
kristin.simpsen@mcafeetaft.com
philip.bruce@mcafeetaft.com
*Attorneys for Defendants Oklahoma State University Medical Trust, Mercy Health Oklahoma Communities, INC., Mercy Health, and OSUMC Professional Services, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on April 23, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                          s/ Laura Talbert
                                          Laura Talbert